IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STACY WILBORN**                                                                                           **PLAINTIFF**

v.                                    **CASE NO. 4:24-CV-00762-BSM**

**CENTENNIAL BANK,** *et al.*                                                             **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE